CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 09 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONNIE CLARENCE HEADEN,<br>　　Plaintiff, | Civil Action No. 7:13cv00309 |
| v. | **MEMORANDUM OPINION** |
| CARL MANIS, et al.,<br>　　Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Ronnie Clarence Headen, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Warden Carl Manis, the Virginia Department of Corrections ("VDOC"), and VDOC Director Harold Clarke. However, Headen does not allege any facts or state any claims in his complaint. Accordingly, the court dismisses Headen's complaint without prejudice for failing to state a claim.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 9th day of August, 2013.

_____
United States District Judge